**Dismiss and Opinion Filed July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00152-CR
No. 05-14-00153-CR
No. 05-14-00154-CR

**MICHELE MARIA RODDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00676-I, F13-00677-I, F13-58422-I**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lang-Miers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140152F.U05



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

MICHELE MARIA RODDY, Appellant

No. 05-14-00152-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F13-00676-I.
Opinion delivered per curiam before Justices
Bridges, Francis, and Lang-Miers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered July 25, 2014



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

MICHELE MARIA RODDY, Appellant

No. 05-14-00153-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F13-00677-I.
Opinion delivered per curiam before Justices Bridges, Francis, and Lang-Miers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered July 25, 2014



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

MICHELE MARIA RODDY, Appellant

No. 05-14-00154-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F13-58422-I.
Opinion delivered per curiam before Justices
Bridges, Francis, and Lang-Miers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered July 25, 2014